# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Glenn Stephens

                      Plaintiff,

v.                                                 Case No.: 1:18−cv−00706

                                                          Honorable Thomas M. Durkin

First Advantage Background Services Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to stipulation, this action is hereby dismissed without prejudice with leave to move to reinstate on or before August 31, 2018. Absent a timely filed motion to reinstate or extend the time in which to reinstate this dismissal order will become final with prejudice on September 4, 2018 without further Court order. The July 18, 2018 status date is vacated. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.